# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHANCI D. GALLEGOS**                                                         **PLAINTIFF**

v.                  Case No. 4:18-cv-00373-KGB

**TWIN RESTAURANT LITTLE ROCK, LLC**
**d/b/a TWIN PEAKS RESTAURANT;**
**WILLIAM FURLOUGH; and**
**DARREN PAXTON**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Chanci D. Gallegos' claims against defendants are dismissed without prejudice.

It is so adjudged this 28th day of February, 2019.

_____
Kristine G. Baker
United States District Judge